IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 12-01876-ESL |
| ESMIRNA HERNANDEZ CRUZ | |
| DEBTOR | CHAPTER 13 |

**DEBTOR'S MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE FUNDS FROM 2012 TAX REFUND**

TO THE HONORABLE COURT:

**NOW COMES, ESMIRNA HERNANDEZ CRUZ,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor's confirmed Plan dated June 10, 2013, provides that debtor's tax refunds will be paid into the Plan. See docket no. 56.

2. The debtor has received the 2012 tax refund in the sum of $910.00. Attached is copy of debtor's 2012 tax return filed and stamped by Treasury Department of Puerto Rico on August 19, 2013, which specifies debtor's tax refund amount.

3. The debtor respectfully submits to the Court that she used these funds to pay for: necessary and extraordinary car repair expenses for a 1993 Mitsubishi Mirage transferred to the debtor by debtor's sister as a gift in February, 2014. It is to be noted that the debtor proposed to surrender collateral (2004 Nissan Xterra) to lien holder First Bank Auto, dockets no. 84, 87 and 96. Therefore, the debtor's sister transferred to the debtor her damaged 1993 Mitsubishi Mirage as a gift, so that the debtor was able to transport herself to work, thus, keep receiving her income and paying her Chapter 13 Plan payments. Attached is copy of car repair expenses estimates/invoices.

Page - 2-
Debtor's Motion Requesting Order
Case no. 12-01876-ESL13

4. The debtor was in need to use the funds from the 2012 "tax refund' to pay for this reasonable expense. Furthermore, the debtor is living within a very "tight" budget which barely covers her living expenses and a Plan payment of $250.00.

5. Based on the abovestated, the debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the debtor to pay for this expense with the "tax refund".

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2012 tax refund by the debtor to pay for the above stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to debtor, Esmirna Hernandez Cruz, to her address of record: Box 40420 Hato Ward San Lorenzo, PR 00754.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 15th day of September, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Formulario 482 Rev. 27 nov 12

# FORMA LARGA

| Liquidador | Revisor |
|---|---|
| R G RO V1 V2 P1 P2 N D1 D2 E A M | |

☐ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**2012**    ESTADO LIBRE ASOCIADO DE PUERTO RICO    **2012**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2012 O AÑO COMENZADO EL
___1___ de __enero__ de _2012_ Y TERMINADO EL __31__ de _diciembre_ de _2012_

Número de Serie

☐ PLANILLA ENMENDADA
☐ FALLECIDO DURANTE EL AÑO:   Día   Mes   Año
☐ CONTRIBUYENTE   ☐ CONYUGE

| Nombre del Contribuyente | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| ESMIRNA | | HERNANDEZ | CRUZ |

Número de Seguro Social Contribuyente: 7140

Dirección Postal:
BOX 40420
BO HATO
San Lorenzo PR
Código Postal: 00754

Fecha de Nacimiento: 22 / 4 / 1978   Sexo: ☒ F

Número de Seguro Social Cónyuge:

"Coloque la etiqueta engomada (Label) aquí"

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):
BOX 40420
BO HATO
San Lorenzo PR
Código Postal: 00754

Fecha de Nacimiento del Cónyuge:   Sexo: ☐ M ☐ F

Teléfono Residencia: (787) 528-8900
Teléfono del Trabajo:

Correo Electrónico (E-Mail): edmirna@yahoo.com

CAMBIO DE DIRECCION: ☒ Si ☐ No   PLANILLA 2013: ☒ ESPAÑOL ☐ INGLES

RECIBIDO 19 AGO 2013 - PAGO - SECRETARIA DE HACIENDA

## Cuestionario

|   | SI | NO | |
|---|---|---|---|
| A | ☒ | ☐ | ¿Ciudadano de Estados Unidos? |
| B | ☒ | ☐ | ¿Residente de Puerto Rico al finalizar el año? |
| C | ☐ | ☒ | ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo) |
| D | ☐ | ☒ | ¿Individuo inversionista residente? (Someta Anejo F1 Individuo) |

E. FUENTE DE MAYOR INGRESO:
1. ☐ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ☐ Empleado del Gobierno Federal
3. ☒ Empleado de Empresa Privada
4. ☐ Retirado/Pensionado
5. ☐ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ☐ Otro

Su ocupación: Operador de Equipo   3101   Ocupación cónyuge: _____

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ☐ Casado
   (Ennegrezca aquí ☐ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ☒ Contribuyente individual
   (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   ☐ Casado con capitulaciones de total separación de bienes
   ☐ Casado que no vivía con su cónyuge)
3. ☐ Casado que rinde separado
   (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
☐ Contribuyente   ☐ Cónyuge

PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 27 Indique distribución en las líneas A, B, C y D) | (01) | 910 | 00 |
|---|---|---|---|
| A) Acreditar a la contribución estimada 2013 | (02) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 910 | 00 |

## Pago

| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 27) | (06) | | 00 |
|---|---|---|---|
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | | 00 |
| (b) Intereses | (08) | | 00 |
| (c) Recargos ___ y Penalidades ___ | (09) | | 00 |
| 4 BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) | | 00 |

## Depósito

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta: ☒ Cheques  ☐ Ahorros
Número de ruta/tránsito: 0 2 1 5 0 2 0 1 1
Número de su cuenta: 0 4 2 3 3 3 3 2 6

Cuenta a nombre de: ESMIRNA HERNANDEZ CRUZ   y ___
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: _____   Fecha: AUG 1 2013
Firma del Cónyuge: _____   Fecha: _____

Nombre del Especialista (Letra de Molde): JOSE ORELLANA SERRANO
Nombre de la Firma o Negocio: J E ACCOUNTING SERVICES

Firma del Especialista: _____   Fecha: AUG 1 2013
Especialista por cuenta propia (ennegrezca aquí) ☐
Número de Registro: 14778

NOTA AL CONTRIBUYENTE: Indique si hizo pagos por la preparación de su planilla: ☒ Si ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Periodo de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas y rinden planilla conjunta, no complete los Encasillados 1 y 2, ni las líneas 13 a la 18 del Encasillado 3, y pase al Anejo CO Individuo.

## Encasillado 1

1. Sueldos, Comisiones, Concesiones y Propinas

   SUMINISTRE LOS COMPROBANTES DE RETENCION
   (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

   | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
   |---|---|---|
   | | 1,241 00 | 20,633 00 |
   | | 00 | 00 |
   | | 00 | 00 |
   | | 00 | 00 |
   | Total de comprobantes con esta planilla ② 1 | 1,241 00 | 20,633 00 |
   | | Contribución Retenida | Salarios Federales |

   C- Salarios del Gobierno Federal (Véanse instrucciones) ............ (01) 00  (02) 00

2. Otros Ingresos (o Pérdidas):
   - A) Distribuciones totales de planes de retiro cualificados (Anejo D Individuo, Parte IV, línea 27) ...... (03) 6,016 00
   - B) Ganancia (o pérdida) en la venta o permuta de activos de capital (Anejo D Individuo, Parte V, línea 36 o 37, según aplique) ...... (04) 1,005 00
   - C) Intereses (Anejo F Individuo, Parte I, línea 5) ...... (05) 00
   - D) Dividendos de corporaciones (Anejo F Individuo, Parte II, línea 4) ...... (06) 00
   - E) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte III, línea 3) ...... (07) 00
   - F) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Anejo F Individuo, Parte IV, línea 2) ...... (08) 00
   - G) Ingresos misceláneos (Anejo F Individuo, Parte VII, línea 6) ...... (09) 00
   - H) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ...... (10) 00
   - I) Ganancia (o pérdida) atribuible a industria o negocio (Anejo K Individuo, Parte II, línea 10) ...... (11) 00
   - J) Ganancia (o pérdida) atribuible a la agricultura (Anejo L Individuo, Parte II, línea 12) ...... (12) 00
   - K) Ganancia (o pérdida) atribuible a profesiones y comisiones (Anejo M Individuo, Parte II, línea 6) ...... (13) 00
   - L) Ganancia (o pérdida) atribuible a alquiler (Anejo N Individuo, Parte II, línea 7) ...... (14) 00
   - M) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ...... (15) 00
   - N) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ...... (16) 00
   - O) Participación distribuible en beneficios de sociedades, sociedades especiales y corporaciones de individuos (Someta Anejo R Ind.) ...... (17) 00
   - P) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (18) ...... (19) 00

3. Total de Ingresos (Sume líneas 1B, 1C y 2A a la 2P) ...... (20) 27,654 00
4. Pensión Pagada por Divorcio o Separación (Núm. seg. soc. del que la recibe: _____ ) (21) (Núm. sentencia _____) (22) ...... (23) 00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ...... (25) 27,654 00

## Encasillado 2

6. Total de Deducciones (Anejo A Individuo, Parte I, línea 11) ...... ③ (01) 1,823 00
7. DEDUCCION ESPECIAL PARA CIERTOS INDIVIDUOS (Véanse instrucciones) ...... (02) 00
8. Exención Personal (Casado - $7,000; Contribuyente individual - $3,500; Casado que rinde separado - $3,500) ...... (03) 3,500 00
9. Exención por Dependientes (Complete el Anejo A1 Ind., véanse instrucciones) A) (04) 1 x $2,500 (06) 2,500 00
   Custodia compartida o casado que rinde separado → B) (05) ___ x $1,250 (07) 00
   Total Exención por Dependientes (Sume líneas 9A y 9B) ...... (08) 2,500 00
10. Exención Personal Adicional para Veteranos ($1,500 por veterano. Si ambos cónyuges son veteranos, $3,000) ...... (09) 00
11. Total Deducciones y Exenciones (Sume líneas 6 a la 10) ...... (10) 7,823 00
12. INGRESO NETO SUJETO A CONTRIBUCION (Línea 5 menos línea 11. Si la línea 11 es mayor que la línea 5, anote cero) ...... (11) 19,831 00

## Encasillado 3

13. CONTRIBUCION: (21) ☒ 1 Según Tabla ☐ 2 Tasas preferenciales (Anejo A2 Ind.) ☐ 3 Extranjero no residente ☐ 4 Anejo B4 Ind. ...... (22) 933 00
14. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 12 o en Anejo A2 Ind., línea 10 es mayor de $200,000) (Anejo P Ind., línea 7) ...... (23) 00
15. CONTRIBUCION REGULAR ANTES DEL CREDITO (Sume líneas 13 y 14) ...... (24) 933 00
16. Crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios y posesiones (Someta Anejo C Individuo) (Véanse inst.) ...... (25) 00
17. CONTRIBUCION REGULAR NETA (Línea 15 menos línea 16) ...... (26) 933 00
18. Exceso de la Contribución Básica Alterna Neta sobre la Contribución Regular Neta (Anejo O Individuo, Parte II, línea 8) (Véanse instrucciones) ...... (27) 00
19. TOTAL CONTRIBUCION DETERMINADA (Sume líneas 17 y 18 o anote la cantidad del Anejo CO Individuo, línea 22, según aplique) ...... (28) 933 00
20. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ...... (29) 00
21. Créditos contributivos (Anejo B Individuo, Parte II, línea 22) ...... (30) 00
22. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 19 y 20 menos línea 21. Si es menos de cero, anote cero) ...... (31) 933 00
23. CONTRIBUCION RETENIDA, PAGADA Y CREDITOS REEMBOLSABLES:
    - A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 1 o líneas 1A y 2A del Anejo CO Individuo) ... (32) 1,241 00
    - B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) ...... (33) 00
    - C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 20) ...... (34) 602 00
    - D) Crédito por Trabajo (Véanse instrucciones) ...... (35) 00
    - E) Crédito para personas de 65 años o más (Véanse instrucciones) ...... (36) 00
    - F) Crédito compensatorio para pensionados de bajos recursos (Véanse instrucciones) ...... (37) 00
    - G) Crédito por el pago de derechos adicionales a los automóviles de lujo bajo la Ley 42-2005
      (Véanse instrucciones) (Contribuyente: _____ (38); Cónyuge: _____ (39)) ...... (40) 00
    - H) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) ...... (41) 00
    - I) Crédito contributivo por oportunidad de empleo a Héroes y/o Heridos de las Fuerzas Armadas (Someta Anejo B4 Individuo) ...... (42) 00
    - J) Cantidad pagada con prórroga automática ...... (43) 00
    - K) Total Contribución Retenida, Pagada y Créditos Reembolsables (Sume líneas 23A a la 23J) ...... (44) 1,843 00
24. TOTAL NO PAGADO DE LA CONTRIBUCION (Si la línea 23K es menor que la línea 22, anote la diferencia aquí, de lo contrario en la línea 26) (45) 00
25. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte II, línea 21) ...... (46) 00
26. Menos: Exceso de Contribución Retenida, Pagada y Créditos Reembolsables ...... (47) 910 00
27. BALANCE:
    - Si la línea 26 es mayor que la suma de las líneas 24 y 25, usted tiene un sobrepago. Anote la diferencia aquí y en la línea 1 de la página 1.
    - Si la línea 26 es menor que la suma de las líneas 24 y 25, usted tiene un balance pendiente de pago. Anote la diferencia aquí y en la línea 2 de la página 1.
    - Si la diferencia entre la línea 26 y la suma de las líneas 24 y 25 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1 ...... (50) 910 00

Período de Conservación: Diez (10) años        PRSoft, Inc. (www.prsoft.com)

106514

Tel: 787-938-7524

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE Lic-5740 |
|---|---|---|
| NAME | | |
| ADDRESS | | P.N. 00754 |
| CITY, STATE, ZIP | | 93 |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | $850.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | 90 dy | | $850.00 |

RECEIVED BY

A-5805
T-46320/46350

KEEP THIS SLIP FOR REFERENCE          01-11

**THE FAST AUTO PARTS, INC.**
PIEZAS REEMPLAZOS Y ORIGINALES
Carr. 183, Caguas A San Lorenzo Km. 3.7
Ave. Urb. Villas de Castro Caguas, al lado Xtreme Machine Shop
Tel. (787) 258-3130 / Cel. 366-9244 / 649-2517

SEÑOR: CASH
FECHA:
DIRECCION: MIRAGE 1.5L

| CANT. | DESCRIPCION | PRECIO | TOTAL |
|---|---|---|---|
| 1 | CORREA TIEMPO SAP | | 35 00 |
| 1 | TENSOR CORREA GMB | | 20 00 |
| 1 | BOMBA AGUA GMB | | 45 00 |
| 1 | RETENEDOR PALO ORIG | | 14 00 |
| 1 | RETENEDOR CIG ORIG | | 14 00 |
| 1 | RETENEDOR VOLANTA ORIG | | 32 00 |
| 1 | F/S JUNTA FELPRO | | 125 00 |
| 1 | BEARING BIELA | | 25 00 |
| 1 | BEARING CIGUENAL | | 30 00 |
| 1 | AROS DE PISTON NPR | | 45 00 |
| 1 | BOMBA ACEITE | | 85 00 |
| 4 | ACEITE MOTOR | 4.50 | 18 00 |
| 1 | FILTRO ACEITE | | 4 00 |
| 4 | BUJIAS | 2.00 | 8 00 |
| 1 | CABLES DE BUJIAS | | 22 00 |
| 1 | CASCO IGNITION | | 12 00 |
| 1 | ROTOR IGNITION | | 5 00 |
| 1 | SILICON | | 3 50 |
| | | | 542 50 |
| | | IVU | 38 00 |
| | | TOTAL | 580.50 |

Piezas Eléctricas NO TIENE DEVOLUCION Y
Piezas correctamente despachadas NO TIENEN DEVOLUCION